**No. 09-1258. Long Beach Mortgage Company, Petitioner v. Robb Evans, as Receiver for TLC America, Inc.**

561 U.S. 1006, 130 S. Ct. 3470, 177 L. Ed. 2d 1056, 2010 U.S. LEXIS 5038.

June 21, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Fifth District, denied.

Same case below, 284 S.W.3d 406.